Case Number:21-000850-SC

Case 8:21-cv-00878-JSM-AAS   Document 1-1   Filed 04/13/21   Page 1 of 38 PageID 8

**IN THE COUNTY COURT OF
THE SIXTH JUDICIAL
CIRCUIT IN AND FOR
PINELLAS COUNTY, FLORIDA
SMALL CLAIMS DIVISION**

**Case No:**

**WEIDUS SHOUSE,**

> **Plaintiff,**

**v.**

**INVESTMENT RETRIEVERS,
INC.,**

> **Defendant.**

_____ /

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW**, Plaintiff, **WEIDUS SHOUSE** ("Ms. Shouse" or "Plaintiff"), by

and through the undersigned counsel, and hereby sues and files this Statement of Claim

against Defendant**, INVESTMENT RETRIEVERS, INC.** ("Defendant"), and in support

thereof states as follows:

### _Introduction_

1.      This action arises out of an alleged "Debt" or "Consumer Debt" as defined

by Fla. Stat. § 559.55 (6) and Defendant's violations of the Fair Debt Collection Practices

Act, 15 U.S.C. § 1692 _et. seq._ ("FDCPA"), and the Florida Consumer Collection

Practices Act, Fla. Stat. § 559.72 _et. seq._ ("FCCPA"), by knowingly engaging in the use

of misleading and confusing practices in connection with the collection if such alleged

debt, which practices were likely to mislead Ms. Shouse and cause her to revive

***ELECTRONICALLY FILED 01/29/2021 02:56:24 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Defendant's ability to take legal action to collect the balance of an otherwise time-barred Debt, which actions can reasonably be expected to harass Ms. Shouse.

### *Jurisdiction and Venue*

2.      This is an action for damages that does not exceed Eight Thousand Dollars ($8,000.00), exclusive of interest, costs, and attorney's fees.

3.      Jurisdiction is proper in the State of Florida where Defendant conducts business in the State of Florida.

4.      Jurisdiction of this Court also arises where Defendant's tortious activity under the FCCPA occurred in the State of Florida.

5.      Venue is proper in Pinellas County, Florida, where Defendant has physical locations in Pinellas County, Florida.

6.      Venue is proper in Pinellas County, Florida, where this tortious cause of action accrued in Pinellas County.

7.      Venue is also proper in Pinellas County, Florida pursuant to Fla. Stat. § 559.77 (1) as a substantial part of the events or omissions giving rise to the claims occurred in this County.

### *Parties*

8.      Plaintiff, Ms. Shouse, was and is a natural person and, at all times material hereto, is an adult, a resident of Pinellas County, Florida, a "consumer" as defined by 15 U.S.C. § 1692a (3), and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55 (8).

9.      At all times material hereto, Defendant was and is a company with its principal place of business in the State of CA and its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, FL 32301.

### *Statements of Fact*

10.      In 2013, Ms. Shouse obtained a personal automobile loan from Chrysler Capital that was assigned a unique account number to finance the purchase of a vehicle ("Account").

11.      Sometime thereafter, Ms. Shouse encountered financial difficulties and fell behind on her payments towards the Account and incurred an outstanding balance owed thereunder.

12.      Ms. Shouse's last date of payment towards the Account was on or around April 16, 2015.

13.      On or around August 28, 2015, Chrysler Capital repossessed the automobile with intentions to auction or sell the automobile to satisfy the alleged balance owed on the Account.

14.      The automobile was then sold in auction to satisfy the alleged balance owed on the Account.

15.      After the auction, there was still a remaining balance owed under the Account ("Debt").

16.      On June 29, 2017, the Account was then sold, assigned, or transferred to Defendant for collection purposes.

17.     On or around November 9, 2020, Defendant sent a letter to Ms. Shouse in attempts to collect the alleged Debt. *See* **Exhibit "A."**

18.     Defendant's November 9, 2020 letter demanded a total amount balance of $11,966.73, demanded a payment of $3,590.02 as final payment due by November 30, 2020, represented that "this communication is from a debt collector and this is an attempt to collect a debt and any information obtained will be used for that purpose," and offered options to pay that included pay by online portal or pay by phone. *See* **Exhibit "A."**

19.     Defendant's November 9, 2020 letter failed to disclose that Ms. Shouse remitting any payment to Defendant or making any written promise to pay Defendant would revive Defendant's ability to take legal action to collect the balance of the otherwise time-barred Debt.

20.     Confused about the legal status of the Debt as a direct and proximate result of Defendant's failure to disclose that the Debt was time-barred in its November 9, 2020 letter, Ms. Shouse requested verification of the Debt from Defendant.

21.     Ms. Shouse was concerned about Defendant's ability to file a lawsuit against her even though she recalled that she had not remitted payment towards the Debt in quite some time.

22.     Defendant's November 9, 2020 letter directly and proximately caused Ms. Shouse to seriously consider remitting payment to Defendant or making a written promise to pay Defendant.

23.     Defendant's November 9, 2020 letter directly and proximately caused Ms. Shouse significant confusion about her rights and obligations related to the Debt.

24.     On or around December 9, 2020, Defendant sent a packet to Ms. Shouse in response to her request for verification of the Debt.  *See* **Exhibit B.**

25.     Defendant's December 9, 2020 packet also failed to disclose that Ms. Shouse remitting any payment to Defendant or making any written promise to pay Defendant would revive Defendant's ability to take legal action to collect the balance of the otherwise time-barred Debt.

26.     Defendant's December 9, 2020 packet further confirmed that Defendant knew Ms. Shouse's last date of payment towards the Account was on or around April 16, 2015.

27.     Defendant has harassed Ms. Shouse by willfully failing to disclose that Ms. Shouse remitting any payment to Defendant or making any written promise to pay Defendant would revive Defendant's ability to take legal action to collect the balance of the otherwise time-barred Debt.

### *Count 1: Violation of the Fair Debt Collection Practices Act ("FDCPA")*

28.     Ms. Shouse re-alleges paragraphs 1-27 and incorporates the same herein by reference.

29.     Ms. Shouse is a "consumer" within the meaning of the FDCPA.

30.     The subject debt is a "consumer debt" within the meaning of the FDCPA.

31.     Defendant is a "debt collector" within the meaning of the FDCPA.

32.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

a.   Defendant violated 15 U.S.C § 1692e by failing to disclose to Ms. Shouse that remitting any payment to Defendant or making any written promise to pay Defendant would revive Defendant's ability to take legal action to collect the balance of the otherwise time-barred Debt.

33.   As a result of the above violations of the FDCPA, Ms. Shouse has been subjected to illegal collection activities for which she has been damaged.

34.   Defendant's actions have damaged Ms. Shouse by causing her stress.

35.   Defendant's actions have damaged Ms. Shouse by causing her aggravation.

36.   Defendant's actions have damaged Ms. Shouse by causing her emotional distress.

37.   Defendant's actions have damaged Ms. Shouse by causing her to be forced to retain an attorney to defend her in the Lawsuit.

38.   It has been necessary for Ms. Shouse to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

39.   All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Defendant as follows:

a.   Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);

b.   Awarding actual damages;

    c.   Awarding costs and attorneys' fees; and

    ***d.***   Any other and further relief as this Court deems just and equitable.

### ***Count 2: Violation of the Florida Consumer Collection Practices Act ("FCCPA")***

40.    Ms. Shouse re-alleges paragraphs 1-27 and incorporates the same herein by reference.

41.    Defendant violated the FCCPA.  Defendant's violations include, but are not limited to, the following:

    a.   Defendant violated Fla. Stat. § 559.72 (9) by misrepresenting the right to not disclose to Ms. Shouse that remitting any payment to Defendant or making any written promise to pay Defendant would revive Defendant's ability to take legal action to collect the balance of the otherwise time-barred Debt.

42.    As a result of the above violations of the FCCPA, Ms. Shouse has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

43.    Debt Collector's actions have damaged Ms. Shouse by causing her stress.

44.    Debt Collector's actions have damaged Ms. Shouse by causing her aggravation.

45.    Defendant's actions have damaged Ms. Shouse by causing her emotional distress.

46.     Defendant's actions have damaged Ms. Shouse by causing her to be forced to retain an attorney to defend her in the Lawsuit.

47.     It has been necessary for Ms. Shouse to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

48.     All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Defendant as follows:

    a.   Awarding statutory damages as provided by Fla. Stat. § 559.77;

    b.   Awarding actual damages;

    c.   Awarding costs and attorneys' fees;

    d.   Ordering an injunction preventing further wrongful contact by the Defendant; and

    e.   Any other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, Weidus Shouse, demands a trial by jury on all issues so triable.

Respectfully submitted this **January 29, 2021**,

/s/ *Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p)  (727) 538-4188
(f)  (727) 362-4778
*Counsel for Plaintiff*

# EXHIBIT A

PO Box 4733
El Dorado Hills, CA  95762-0023
RETURN SERVICE REQUESTED

**INVESTMENT**
**R E T R I E V E R S**
(888) 610-4701
www.investment-retrievers.com

November 9, 2020

Investment Retrievers, Inc.
PO Box 4733
El Dorado Hills, CA  95762-0023

D44

WEIDUS SHOUSE

Account No.:
Total Due: $11,966.73

- - - - - - - - - - - - - - - - ***DETACH UPPER PORTION AND RETURN WITH PAYMENT*** - - - - - - - - - - - - - - - -

RE:   Account Holder: Weidus Shouse
      Our File No.:          77
      Original Creditor: Chrysler Capital
      Account No.:
      Total Due:      $11,966.73



**ACA**
**INTERNATIONAL**
The Association of Credit
and Collection Professionals

Dear Weidus Shouse:

We know your time is valuable, so we will keep it short and sweet:

- We purchased your Chrysler Capital account on 06/29/17.
- As of the date of this letter, your balance is $11,966.73.
- We will accept $3,590.02 as a final payment if received on or before Monday, November 30, 2020.
- To remit payment online with your checking account or card information, (Visa or Mastercard only) please go to: https://www.investment-retrievers.com/payments.html. Or feel free to contact me directly to discuss the best payment method option for you.
- Once the payment clears, and if applicable, we will update our tradeline with the credit reporting agencies to a paid and closed status.
- If you cannot make that payment call me to present an offer at 1-888-610-4701 x 2460 or email me a proposal at brandon@investment-retrievers.com.

I look forward to hearing from you.

Sincerely:

Brandon Reich
Portfolio Manager
888-610-4701 ext. 2460

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**\*\*\*PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION\*\*\***

Investment Retrievers, Inc. ◆ P.O. Box 4733, El Dorado Hills, CA 95762-0023 ◆ 888-610-4701
https://www.investment-retrievers.com
Hours of Operation: Monday – Friday 7:00am - 4:00pm PST

CALIFORNIA RESIDENTS:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt, Investment Retrievers, Inc. may continue to report it to the credit reporting agencies as unpaid for as long as the law permits this reporting.

COLORADO RESIDENTS:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Colorado local office info: Colorado Manager, Inc., BUILDING B, 80 Garden Center Ste 3, Broomfield, CO 80020. Hours of Operation: 8:00am-5:00pm MST. Phone: 303-920-4763

MINNESOTA RESIDENTS:
This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY RESIDENTS:
New York City Department of Consumer Affairs License Number: 1356417

TENNESSEE RESIDENTS:
This agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

TEXAS RESIDENTS:
THE LAW LIMITS HOW LONG YOU CAN BE SUED ON A DEBT. BECAUSE OF THE AGE OF YOUR DEBT, WE WILL NOT SUE YOU FOR IT. IF YOU DO NOT PAY THE DEBT, INVESTMENT RETRIEVERS, INC. MAY CONTINUE TO REPORT IT TO THE CREDIT REPORTING AGENCIES AS UNPAID FOR AS LONG AS THE LAW PERMITS THIS REPORTING. THIS NOTICE IS REQUIRED BY LAW

# EXHIBIT B

***ELECTRONICALLY FILED 01/29/2021 02:56:24 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

INVESTMENT RETRIEVERS, INC.
PO BOX 4733
EL DORADO HILLS CA 95762

SENT VIA US REGULAR MAIL

94 991491~56445*C~8166533091329601227*1039~*1a1     1/19

WEIDUS SHOUSE

# INVESTMENT



**• PO BOX 4733 • EL DORADO HILLS, CA 95762**
**• PHONE 888-610-4701 • FAX 916-941-8869**

December 09, 2020

Weidus Shouse

## Verification of Debt

This letter and any attachments are provided in response to your recently received inquiry concerning the debt.

| | |
|---|---|
| Reference Number: | 777 |
| Original Creditor: | Chrysler Capital |
| Original Creditor Address: | 1601 Elm Street Suite 800<br>Dallas, TX 75201 |
| Original Account Number: | 000 |
| Date Account Opened: | 04/27/13 |
| Billing Address: | |
| Assigned Amount: | $11,966.73 |
| Total Interest Due: | $0.00 |
| Total Balance as of the date of this letter: | $11,966.73 |
| (X ) Other Information: | Bill of Sale, Asset Exhibit, Contract, Credit Application, Notice of Intent to Sell, and Explanation of Surplus |

<u>Chain of Title</u>
Original Creditor:                                    Chrysler Capital

Sold To:                                                   Investment Retrievers, Inc.
Thank you,

*Jessica Colldeweih*

Jessica Colldeweih
Compliance Clerk

## NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.**

VOD

# ///  INVESTMENT

**• PO BOX 4733 • EL DORADO HILLS, CA 95762 •
• PHONE 888-610-4701 • FAX 916-941-8869 •**

CALIFORNIA RESIDENTS:
The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

COLORADO RESIDENTS:
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Colorado local office info: Colorado Manager, Inc., 8690 Wolff Court, Suite 110, Westminster, CO 80031. Hours of Operation: 9:00am-5:00pm MST. Phone: 303-920-4763

MINNESOTA RESIDENTS:
This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY RESIDENTS:
New York City Department of Consumer Affairs License Number: 1356417

TENNESSEE RESIDENTS:
This agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**This communication is from a debt collector in an attempt to collect a debt. Any information obtained will be used for that purpose.**

VOD

## EXHIBIT "B"
## BILL OF SALE AND ASSIGNMENT

Santander Consumer USA Inc. dba Chrysler Capital ("Seller"), for value received and pursuant to the terms and conditions of the Financial Assets Sale Agreement, Effective Date of **June 29, 2017**, with a Closing Date being the same, between Seller and Investment Retrievers, Inc. ("Buyer"), its successors and assigns ("Financial Assets Sale Agreement"), hereby assigns effective as of the Closing Date:

(a) all rights, title and interest of Seller in and to those certain receivables, judgments or evidences of debt described in the Financial Assets Sale Agreement and Financial Asset Schedule (attached hereto as Exhibit "A") attached hereto and made part hereof for all purposes, and

(b) all principal, interest or other proceeds of any kind with respect to the Financial Assets described on the Financial Asset Schedule, but excluding any payments or other consideration received by Seller on or prior to the Cut-off Date.

Pursuant to the foregoing assignment, the Seller stipulate that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements or otherwise.

**SANTANDER CONSUMER USA INC.**
**DBA CHRYSLER CAPITAL**

By: _____

Name: _____Izzy Dawood_____

Title: _____CFO_____


STATE OF TEXAS          )
                        )
COUNTY OF DALLAS        )


Sworn before me this *29th day of June, the year of our Lord, two thousand & seventeen* (2017).

_____
(Notary Stamp & Signature)

My commission expires: 2/27/2020

ANGIE CANTU
Notary Public, State of Texas
Comm. Expires 02-27-2020
Notary ID 126366485

Financial Asset Sale Agreement – Chrysler Capital Non-Collateral "Deficiency" Portfolio v 06/2016

**Financial Asset Schedule**
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| Pool Name | nCustNum | nAccount | Sale Balance | nAppID | First_Name | Middle_Name | Last_Name |
|-----------|----------|----------|--------------|--------|------------|-------------|-----------|
| Pool 1 | | 0978 | $ 1000 | | WEIDUS | | SHOUSE |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| DateOfBirth | Primary_Address | City | State | Zip_Code |
|---|---|---|---|---|
| | | | FL | 326800000 |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.



**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| SSN | HomePhone | EmployerName |
|-----|-----------|--------------|
| ■ | ■ | ■ |

Email

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO-786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| Employer_Address | Employer_City | Employer_State | Employer_Zip_Code | EmployerPhone |
|---|---|---|---|---|
| | | FL | 0 | ▮▮▮ |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| OriginalPhysicalAddress | OriginalPhysicalCity | OriginalPhysicalState | OriginalPhysicalZip | OriginalFICOScore | cInsuredFlag |
|---|---|---|---|---|---|
| | | FL | | | |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| cInsuranceCompany | cAgentName | cAgentPhone | CO_First_Name | CO_Middle_Name |
|---|---|---|---|---|
| Geico | Geico | | | |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx.



**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| CO_Last_Name | CO_DateOfBirth | CO_Address | CO_City | CO_State | CO_Zip_Code |
|---|---|---|---|---|---|

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| CO_Email | CO_SSN | CO_HomePhone | CO_EmployerName |
|---|---|---|---|

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.



Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| CO_Employer_Address | CO_Employer_City | CO_Employer_State | CO_Employer_Zip_Code | CO_EmployerPhone |
|---|---|---|---|---|

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| CoBuyerOriginalPhysicalAddress | CoBuyerOriginalPhysicalCity | CoBuyerOriginalPhysicalState | CoBuyerOriginalPhysicalZip |
|---|---|---|---|

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.



Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| cRepoAddress | cRepoState | cRepoZip | VoluntaryRepo |
|---|---|---|---|
| NORTHEAST ... | FL | | N |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 20, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| ImpoundStorageCompanyName | ImpoundPhone | ImpoundAddress | ImpoundStorageCityStateZip |
|---|---|---|---|

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO-786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| DaysSinceFirstRepoAssignment | VIN | ModelYear | ModelYear - G | Make | Make - Standardized | Model |
|---|---|---|---|---|---|---|
| | ------ | ---- ---- | | DODGE | DODGE | DART |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| VehicleColor | BlackBook | nGapInsurance | nCreditDisability | nContractWarranty | nCreditLife | Total Ancillary Products |
|---|---|---|---|---|---|---|
| BLACK | | 0 | 0 | 0 | 0 | 0 |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.



**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

cGapCompany

GapPolicyNumber      cCLCompany

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

cCLPolicyNumber      cDisabilityCompany                      cDisabilityPolicyNumber

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 - Cutoff Update File - 20170626.xlsx.



Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| cWarrantyCompany | cWarrantyPlicyNumber | nRepoMilege | FinancedAmount | nPrincipalBalance |
|---|---|---|---|---|
| | | 0 | 21083.11 | 11966.73 |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

**Financial Asset Schedule**

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| nPaymentsMade | nInterestRate | nLastConsumerPaymentAmt | LastTransactionAMT | nDPD | dFirstDelq | SaleProceedsReceived | SaleType | CO_Month |
|---|---|---|---|---|---|---|---|---|
| 14 | 0.1678 | -466.43 | -654.74 | 846 | | -7845.26 | Auction | 2015-06 |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.



Financial Asset Schedule
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| cChargeOffReason | nChargeOffBalance | DaysSinceCO | cStatus | cVendorType | Company | cContractState | OriginalChannel |
|---|---|---|---|---|---|---|---|
| 04-120 day past due-Assigned Repo | 20466.73 | | C | DV | Chrysler-Retail | FL | Chrysler Retail |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO 786 Pool 1 Cutoff Update File - 20170626.xlsx.

**Financial Asset Schedule**
CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| dContract | dFunded | dClosed | dLastTransaction | Previous_dRepo | dVehicleImpoundDate | dLastConsumerPayment | dFileRefresh |
|---|---|---|---|---|---|---|---|
| 4/27/2013 | 5/6/2013 | 3/17/2017 | 9/30/2015 | 8/28/2015 | 41516.59853 | 4/16/2015 | 6/20/2017 |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic File CO-786 Pool 1 Cutoff Update File - 20170626.xlsx.



Financial Asset Schedule

CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx

| dDeficiency | dNoticeSentToBorrower | dDeficiencyLetterSent | dChargeOff | dAssigned | dFirstRepoAssignment |
|---|---|---|---|---|---|
| 10/5/2015 | 8/28/2015 | 10/25/2015 | 6/30/2015 | 10/25/2016 | |

Data printed by Investment Retrievers, Inc. from electronic records provided by Santander Consumer USA Inc. dba Chrysler Capital pursuant to the sale of accounts by Santander Consumer USA Inc. dba Chrysler Capital ("Seller") to Investment Retrievers, Inc. ("Buyer"), attached as Exhibit "A" to the bill of sale dated June 29, 2017 which is titled "Financial Asset Schedule" and included in the electronic file CO-786 Pool 1 - Cutoff Update File - 20170626.xlsx.